# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132331

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

10 & SCOTIA PLAZA, L.L.C.,
          Plaintiff-Appellant,

v

                                         SC: 132331
                                         COA: 269184
                                         Oakland CC: 2005-008323-AV

ALL OCCUPANTS,
          Defendant-Appellee,
and

GRINDERZ OAK PARK, INC.,
          Intervening Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the September 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007 _____

_____
                          Clerk

t1218